In the Matter of JOHN BUCKLEY, Appellant, against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, et al., Respondents.

(Submitted February 26, 1934; decided March 6, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 614.)

ELEANOR R. HIMMELMAN, an Infant, by WILLIAM HIMMELMAN, Her Guardian ad Litem, et al., Appellants, v. PECHTER BAKING CO., INC., Respondent.

(Submitted February 26, 1934; decided March 6, 1934.)

*Robert H. Charlton* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.